**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PERKINS COIE LLP, | |
| Plaintiff, | |
| v. | Case No. 24-cv-_____ |
| UNITED STATES COAST GUARD, | |
| Defendant, | |

**DECLARATION OF SHERI PAIS**

I, Sheri Pais, declare as follows:

1.      I am a senior paralegal at the law firm of Perkins Coie LLP in Washington, D.C. I have worked for Perkins Coie since 2000. I am familiar with the matter set forth herein and if called as a witness, I could and would competently testify thereto.

2.      On April 30, 2024, on behalf of Perkins Coie, I electronically submitted a Freedom of Information Act (FOIA) request to the United States Coast Guard (USCG) requesting records related to alternative compliance, exemptions and/or partial exemptions to the requirements applicable to the "person in charge." I submitted the request using the USCG's on-line FOIA portal. The request was as follows:

> It is my understanding that the U.S. Coast Guard has issued letters of alternative compliance, exemptions and/or partial exemptions to the requirements applicable to the "person in charge". I am requesting the following records related thereto:
>
> (a)      All requests, pursuant to 33 CFR 156.07, for alternative procedures, methods, or equipment standards to be used by a vessel or facility operator in lieu of any requirements in 33 CFR section 156 including, without limitation, those related to the person in charge: limitations in 33 CFR 156.115 and 156.118, the requirements for transfer in 33 CFR 156.120, and/or the supervision by person in charge in 33 CFR 156.160;

(b)    All requests, pursuant to 33 CFR 156.110, for exemptions or partial exemptions from any requirements in 33 CFR section 156 including, without limitation, those related to the person in charge: limitations in 33 CFR 156.115 and 156.118, the requirements for transfer in 33 CFR 156.120, and/or the supervision by person in charge in 33 CFR 156.160;

(c)    All correspondence related to requests for authorizations or exemptions or partial exemptions in (a) and (b) above, including correspondence approving, denying, modifying, revoking, or otherwise pertaining to such requests, and all pleadings, filings or other correspondence or communications concerning appeals of such requests for authorizations, exemptions, or partial exemptions pursuant to 33 CFR 154.1075(c), or to any court;

(d)    All guidance, communications, or other documentation or correspondence related to the requirements for the person in charge including, without limitation, requests for alternatives, exemptions, or partial exemptions, as referenced in (a) and (b), above.

(e)    All records related to the standards applied to requests for authorizations, exemptions, or partial exemptions including, without limitation, requirements to demonstrate unique, unusual, or other circumstances, or demonstrating an equivalent level of safety and protection, necessitating, or warranting the authorization of alternative compliance, exemption, or partial exemption.

I am seeking documents related to requests for authorization, exemptions or partial exemptions since the effective date(s) of the 33 CFR 156.07 and 156.110.  Although I am not limiting my request to those documents related to authorizations, exemptions, or partial exemptions in the U.S. Coast Guards' 8th District, I believe responsive documents would be in the offices of the Captains of the Ports in the 8th Coast Guard District.

I am seeking records related to third party entities, not individuals.  The requested documents pertain to companies that have applied for authorizations for alternative compliance, exemptions, or partial exemptions.

Attached hereto as **Exhibit A** is a true and correct copy of the FOIA request submitted to the USCG FOIA Office on April 30, 2024, as captured from the FOIA Office's SecureRelease Portal, https://www.securerelease.us/requests-list, on Sept. 23, 2024.

3.    On May 1, 2024 I received an email from the USCG FOIA Office acknowledging the FOIA request submission and advising:

> This acknowledges receipt of your 4/30/2024, Freedom of Information Act (FOIA) request to the U.S. Coast Guard (USCG) for records related to alternative compliance, exemptions and/or partial exemptions to the requirements applicable to the "person in charge". Your request was received on 5/1/2024 and has been assigned FOIA number 2024-CGFO-01739.
>
> We have queried the appropriate component of the USCG for responsive records.  If any responsive records are located, they will be reviewed for determination of releasability.  Please be assured that one of the processors in our office will respond to your request as expeditiously as possible.  We appreciate your patience as we proceed with your request.
>
> You may contact this office via telephone at 202-475-3522 or via email at EFOIA@uscg.mil if you have any further questions.

Attached hereto as **Exhibit B** is a true and correct copy of the email received from the USCG FOIA Office on May 1, 2024. I also learned from the government's on-line FOIA portal that the request was designated as "simple."

4.        On June 6, 2024, I sent an email to the USCG FOIA Office requesting a status of FOIA 2024-CGFO-01739. Attached hereto as **Exhibit C** is a true and correct copy of my email to the USCG FOIA Office (EFOIA@uscg.mil) on June 6, 2024.

5.        On June 7, 2024, Toria Hodge, FOIA Analyst (CG-6P) responded by email. The email from Ms. Hodge stated "Your request has been forwarded to the Office of Investigations (CG-INV) for processing and response to you.  For the current status of your request, please contact Ms. Thelma Flood of CG-INV at 202-372-1284." Attached hereto as **Exhibit D** is a true and correct copy of the email I received from Ms. Hodge on June 7, 2024.

6.        After numerous attempts to reach Ms. Flood by the phone number provided by Ms. Hodge, on June 20, 2024, I responded to Ms. Hodge again requesting a status of the FOIA request and noting that "[s]ince your June 7 response, I have tried several times to reach Ms. Flood by the phone number below, including several times this morning. There is no answer, and no ability to leave a message (just a recording noting that the message box is full). The voice message notes to

stay on the line to reach operator, but then disconnects. Can you please provide an email address that I can use to reach Ms. Flood directly, and can I please again request that she provide a status of this FOIA request." Attached hereto as **Exhibit E** is a true and correct copy of the email I sent to Ms. Hodge on June 20, 2024.

7.      On June 21, I received an email from Ms. Hodge in response to my June 20 email, stating "For the current status of your request, please contact Ms. Thelma Flood of CG-INV at CG-INV-FOIARequests@uscg.mil." Attached hereto as **Exhibit F** is a true and correct copy of the email I received from Ms. Hodge on June 21, 2024.

8.      Following the advice of Ms. Hodge, on June 21, 2024, I sent an email to Ms. Flood (CG-INV-FOIARequests@uscg.mil) requesting a status of the FOIA request and noting that I would like to receive the responsive documents as soon as possible. That same day, Ms. Flood responded:

> Due to the increasing number of FOIA requests received by this office, we are encountering some delay in processing your request. Agencies typically process requests in the order of receipt. The time it takes to respond to a request will vary depending on the complexity of the request and any backlog of requests already pending at the agency. A simple request can be processed faster by the agency than one that is complex. Simple requests are typically more targeted and seek fewer pages of records. Complex requests typically seek a high volume of material or require additional steps to process such as the need to search for records in multiple locations.

> Your case has been pulled from our backlog, we will review your request and determine if there is/are any responsive records to your request.

> This request falls  under the purview of the Office of  Commercial  Vessel Compliance  Boating  (CG-CVC),  Office  of  Operating  &  Environmental Standards  (CG-OES)  and  a  Facility  within  the  CG's  Unit; this request has been forwarded to this office for processing and direct response to you.

> We are available to assist you with any question about the status of your request.

> Thanks for your patience and understanding.

Attached hereto as **Exhibit G** is a true and correct copy of my email exchange with Ms. Hodge on June 21, 2024.

9.      On July 1, 2024, I responded by email to Ms. Flood, acknowledging her response and expressing an interest in receiving the responsive documents on a rolling basis. After not having received a response from Ms. Flood, my colleague, Jena MacLean, followed up with Ms. Flood by email on July 9, 2024. Attached hereto as **Exhibit H** is a true and correct copy of the string of emails sent June 21 to July 9, 2024

10.     On July 19, 2024, after numerous attempts to reach both Ms. Flood and Ms. Hodge by phone and no response from either of them, I sent an email to the USCG FOIA Office addressed to both of the two email addresses provided by the FOIA Office for obtaining information and status on this USCG FOIA request (EFOIA@uscg.mil; CG-INV-FOIARequests@uscg.mil).The July 19 email stated that "[w]e have tried repeatedly to reach the FOIA Office to discuss the status on our April 30 FOIA request, 2024-CGFO-01739.  I have received no response to the Email below and have tried calling several phone numbers -- there is no answer and no ability to leave a message (recording says message box is full).  Please provide a response to questions below and let me know if there is a phone number I can use to reach the FOIA Office and discuss the status of the production and ability to receive responsive documents on a rolling basis." Attached hereto as **Exhibit I** is a true and correct copy of the email sent on July 19, 2024.

11.     I have received no contact from the USCG FOIA Office in response to FOIA 2024-CGFO-01739 since June 21, 2024. The government on-line FOIA portal currently notes this FOIA request as (a) "Request Status:  Searching for Records," and (b) "Processing Track: Simple." See **Exhibit A** (available at https://www.securerelease.us/requests-list).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, under the laws of the

United States, that the foregoing is true and correct to the best of my knowledge.


Executed within the United States this 23rd day of September 2024.

_____
Sheri Pais

# EXHIBIT A

 

SecureRelease™ Portal





Request Number:    2024-CGFO-01739 

## Details of Request

(Read only details of request)

CANCEL

**Request Description:** It is my understanding that the U.S. Coast Guard has issued letters of alternative compliance, exemptions and/or partial exemptions to the requirements applicable to the "person in charge". I am requesting the following records related thereto: (a) All requests, pursuant to 33 CFR 156.07, for alternative procedures, methods, or equipment standards to be used by a vessel or facility operator in lieu of any requirements in 33 CFR section 156 including, without limitation, those related to the person in charge: limitations in 33 CFR 156.115 and 156.118, the requirements for transfer in 33 CFR 156.120, and/or the supervision by person in charge in 33 CFR 156.160; (b) All requests, pursuant to 33 CFR 156.110, for exemptions or partial exemptions from any requirements in 33 CFR section 156 including, without limitation, those related to the person in charge: limitations in 33 CFR 156.115 and 156.118, the requirements for transfer in 33 CFR 156.120, and/or the supervision by person in charge in 33 CFR 156.160; (c) All correspondence related to requests for authorizations or exemptions or partial exemptions in (a) and (b) above, including correspondence approving, denying, modifying, revoking, or otherwise pertaining to such requests, and all pleadings, filings or other correspondence or communications concerning appeals of such requests for authorizations, exemptions, or partial exemptions pursuant to 33 CFR 154.1075(c), or to any court; (d) All guidance, communications, or

**Fee Waiver Requested? :** Not Requested

**Reason for Fee Waiver:** -



other documentation or correspondence related to the requirements for the person in charge including, without limitation, requests for alternatives, exemptions, or partial exemptions, as referenced in (a) and (b), above. (e) All records related to the standards applied to requests for authorizations, exemptions, or partial exemptions including, without limitation, requirements to demonstrate unique, unusual, or other circumstances, or demonstrating an equivalent level of safety and protection, necessitating, or warranting the authorization of alternative compliance, exemption, or partial exemption. I am seeking documents related to requests for authorization, exemptions or partial exemptions since the effective date(s) of the 33 CFR 156.07 and 156.110. Although I am not limiting my request to those documents related to authorizations, exemptions, or partial exemptions in the U.S. Coast Guards' 8th District, I believe responsive documents would be in the offices of the Captains of the Ports in the 8th Coast Guard District. I am seeking records related to third party entities, not individuals. The requested documents pertain to companies that have applied for authorizations for alternative compliance, exemptions, or partial exemptions. I am prepared to pay up to $500 for the processing of my request. Please contact me if the request will exceed $500.

| | |
|---|---|
| **Expedited Processing?:** | Not Requested |
| **Reason for Expedited Processing:** | - |

| | |
|---|---|
| **Agency:** | Department of Homeland Security |
| **Component:** | U.S. Coast Guard |
| **Processing Track:** | Simple |
| **Request Type:** | FOIA Request |
| **Submitted Date:** | 04/30/2024 |
| **Request Status:** | Searching for Records |
| **Identity Verification Status:** | Not Requested by Agency |



**Files uploaded by user**

| File Name | Attachment Type |
|---|---|
| No attachments to display | |

5 rows

0-0 of 0

SUPPORT     LICENSES     PRIVACY NOTICE     COOKIE NOTICE

COOKIE SETTINGS     GOVERNMENT SYSTEM NOTICE

© 2024 Powered by  Deloitte

# EXHIBIT B

**From:**       EFOIA@uscg.mil
**To:**         Pais, Sheri (WDC)
**Subject:**    Your Freedom of Information Act (FOIA) 2024-CGFO-01739
**Date:**       Wednesday, May 1, 2024 3:26:16 PM

Ms. Pais,

This acknowledges receipt of your 4/30/2024, Freedom of Information Act (FOIA) request to the U.S. Coast Guard (USCG) for records related to alternative compliance, exemptions and/or partial exemptions to the requirements applicable to the "person in charge". Your request was received on 5/1/2024 and has been assigned FOIA number 2024-CGFO-01739.

We have queried the appropriate component of the USCG for responsive records. If any responsive records are located, they will be reviewed for determination of releasability. Please be assured that one of the processors in our office will respond to your request as expeditiously as possible. We appreciate your patience as we proceed with your request.

You may contact this office via telephone at 202-475-3522 or via email at EFOIA@uscg.mil if you have any further questions.

Sincerely,


U.S. Coast Guard
CG-6P
Freedom of Information Act (FOIA) Office
EFOIA@uscg.mil

EXHIBIT C

| | |
|---|---|
| **From:** | Pais, Sheri (WDC) |
| **To:** | EFOIA@uscg.mil |
| **Bcc:** | Johnson Koch, LeAnn M. (WDC); MacLean, Jena (WDC) |
| **Subject:** | FW: Your Freedom of Information Act (FOIA) 2024-CGFO-01739 |
| **Date:** | Thursday, June 6, 2024 4:12:00 PM |
| **Attachments:** | image001.png |

Good afternoon,

Can you please provide me with an update on the above-referenced FOIA request submitted on April 30?

Best,

Sheri

**Sheri Pais** | **Perkins Coie LLP**
SENIOR PARALEGAL
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
D. +1.202.654.1735
F. +1.202.654.6211
E. SPais@perkinscoie.com



**From:** EFOIA@uscg.mil <noreply@securerelease.us>
**Sent:** Wednesday, May 1, 2024 3:26 PM
**To:** Pais, Sheri (WDC) <SPais@perkinscoie.com>
**Subject:** Your Freedom of Information Act (FOIA) 2024-CGFO-01739


Ms. Pais,

This acknowledges receipt of your 4/30/2024, Freedom of Information Act (FOIA) request to the U.S. Coast Guard (USCG) for records related to alternative compliance, exemptions and/or partial exemptions to the requirements applicable to the "person in charge". Your request was received on 5/1/2024 and has been assigned FOIA number 2024-CGFO-01739.

We have queried the appropriate component of the USCG for responsive records. If any responsive records are located, they will be reviewed for determination of releasability. Please be assured that one of the processors in our office will respond to your request as expeditiously as possible. We appreciate your patience as we proceed with your request.

You may contact this office via telephone at 202-475-3522 or via email at EFOIA@uscg.mil if you have any further questions.

Sincerely,

U.S. Coast Guard
CG-6P
Freedom of Information Act (FOIA) Office
EFOIA@uscg.mil

# EXHIBIT D

| | |
|---|---|
| **From:** | HQS-SMB-FOIA |
| **To:** | Pais, Sheri (WDC) |
| **Cc:** | HQS-SMB-FOIA |
| **Subject:** | RE: Your Freedom of Information Act (FOIA) 2024-CGFO-01739 |
| **Date:** | Friday, June 7, 2024 2:53:05 PM |
| **Attachments:** | image001.png |

Good afternoon,

Your request has been forwarded to the Office of Investigations (CG-INV) for processing and response to you.  For the current status of your request, please contact Ms. Thelma Flood of CG-INV at 202-372-1284.


V/r,
Toria Hodge
FOIA Analyst
Tech Op Solutions
U.S. Coast Guard (CG-6P)
Office of Privacy Management
2703 MARTIN LUTHER KING JR AVE SE STOP 7710
WASHINGTON DC 20593-7710
Fax: 202-372-8413
USCG FOIA | USCG FOIA Library | USCG FOIA Logs



**From:** Pais, Sheri (Perkins Coie) <SPais@perkinscoie.com>
**Sent:** Thursday, June 6, 2024 4:12 PM
**To:** HQS-SMB-FOIA <EFOIA@uscg.mil>
**Subject:** [Non-DoD Source] FW: Your Freedom of Information Act (FOIA) 2024-CGFO-01739

Good afternoon,

Can you please provide me with an update on the above-referenced FOIA request submitted on April 30?

Best,

Sheri

**Sheri Pais | Perkins Coie LLP**
SENIOR PARALEGAL
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
D. +1.202.654.1735
F. +1.202.654.6211
E. SPais@perkinscoie.com



**From:** EFOIA@uscg.mil <noreply@securerelease.us>
**Sent:** Wednesday, May 1, 2024 3:26 PM
**To:** Pais, Sheri (WDC) <SPais@perkinscoie.com>
**Subject:** Your Freedom of Information Act (FOIA) 2024-CGFO-01739

Ms. Pais,

This acknowledges receipt of your 4/30/2024, Freedom of Information Act (FOIA) request to the U.S. Coast Guard (USCG) for records related to alternative compliance, exemptions and/or partial exemptions to the requirements applicable to the "person in charge". Your request was received on 5/1/2024 and has been assigned FOIA number 2024-CGFO-01739.

We have queried the appropriate component of the USCG for responsive records. If any responsive records are located, they will be reviewed for determination of releasability. Please be assured that one of the processors in our office will respond to your request as expeditiously as possible. We appreciate your patience as we proceed with your request.

You may contact this office via telephone at 202-475-3522 or via email at EFOIA@uscg.mil if you have any further questions.

Sincerely,


U.S. Coast Guard
CG-6P
Freedom of Information Act (FOIA) Office
EFOIA@uscg.mil

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

# EXHIBIT E

| From: | Pais, Sheri (WDC) |
|---|---|
| To: | HQS-SMB-FOIA |
| Bcc: | Johnson Koch, LeAnn M. (WDC); MacLean, Jena (WDC) |
| Subject: | RE: Your Freedom of Information Act (FOIA) 2024-CGFO-01739 |
| Date: | Thursday, June 20, 2024 11:08:00 AM |
| Attachments: | image001.png |

Good morning,

Thank you for your June 7 response.  I am still trying to get a status of this FOIA request as I would like to receive the responsive documents as quickly as possible. Since your June 7 response, I have tried several times to reach Ms. Flood by the phone number below, including several times this morning.  There is no answer, and no ability to leave a message (just a recording noting that the message box is full).  The voice message notes to stay on the line to reach operator, but then disconnects.

Can you please provide an email address that I can use to reach Ms. Flood directly, and can I please again request that she provide a status of this FOIA request.

Much appreciated.

Sheri

**Sheri Pais** | **Perkins Coie LLP**
SENIOR PARALEGAL
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
D. +1.202.654.1735
F. +1.202.654.6211
E. SPais@perkinscoie.com



**From:** HQS-SMB-FOIA <EFOIA@uscg.mil>
**Sent:** Friday, June 7, 2024 2:53 PM
**To:** Pais, Sheri (WDC) <SPais@perkinscoie.com>
**Cc:** HQS-SMB-FOIA <EFOIA@uscg.mil>
**Subject:** RE: Your Freedom of Information Act (FOIA) 2024-CGFO-01739

Good afternoon,

Your request has been forwarded to the Office of Investigations (CG-INV) for processing and response to you.  For the current status of your request, please contact Ms. Thelma Flood of CG-INV at 202-372-1284.

V/r,

Toria Hodge
FOIA Analyst
Tech Op Solutions
U.S. Coast Guard (CG-6P)
Office of Privacy Management
2703 MARTIN LUTHER KING JR AVE SE STOP 7710
WASHINGTON DC 20593-7710
Fax: 202-372-8413
USCG FOIA | USCG FOIA Library | USCG FOIA Logs

---

**From:** Pais, Sheri (Perkins Coie) <SPais@perkinscoie.com>
**Sent:** Thursday, June 6, 2024 4:12 PM
**To:** HQS-SMB-FOIA <EFOIA@uscg.mil>
**Subject:** [Non-DoD Source] FW: Your Freedom of Information Act (FOIA) 2024-CGFO-01739

Good afternoon,

Can you please provide me with an update on the above-referenced FOIA request submitted on April 30?

Best,

Sheri

**Sheri Pais** | <span style="color:red">**Perkins Coie LLP**</span>
SENIOR PARALEGAL
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
D. +1.202.654.1735
F. +1.202.654.6211
E. SPais@perkinscoie.com



---

**From:** EFOIA@uscg.mil <noreply@securerelease.us>
**Sent:** Wednesday, May 1, 2024 3:26 PM
**To:** Pais, Sheri (WDC) <SPais@perkinscoie.com>
**Subject:** Your Freedom of Information Act (FOIA) 2024-CGFO-01739

Ms. Pais,

This acknowledges receipt of your 4/30/2024, Freedom of Information Act (FOIA) request to the U.S. Coast Guard (USCG) for records related to alternative compliance, exemptions and/or partial

exemptions to the requirements applicable to the "person in charge". Your request was received on 5/1/2024 and has been assigned FOIA number 2024-CGFO-01739.

We have queried the appropriate component of the USCG for responsive records. If any responsive records are located, they will be reviewed for determination of releasability. Please be assured that one of the processors in our office will respond to your request as expeditiously as possible. We appreciate your patience as we proceed with your request.

You may contact this office via telephone at 202-475-3522 or via email at EFOIA@uscg.mil if you have any further questions.

Sincerely,


U.S. Coast Guard
CG-6P
Freedom of Information Act (FOIA) Office
EFOIA@uscg.mil

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

# EXHIBIT F

| | |
|---|---|
| **From:** | HQS-SMB-FOIA |
| **To:** | Pais, Sheri (WDC) |
| **Cc:** | HQS-SMB-FOIA |
| **Subject:** | RE: Your Freedom of Information Act (FOIA) 2024-CGFO-01739 |
| **Date:** | Friday, June 21, 2024 11:53:20 AM |
| **Attachments:** | image001.png |

Good morning,

For the current status of your request, please contact Ms. Thelma Flood of CG-INV at CG-INV-FOIARequests@uscg.mil.


V/r,
Toria Hodge
FOIA Analyst
Tech Op Solutions
U.S. Coast Guard (CG-6P)
Office of Privacy Management
2703 MARTIN LUTHER KING JR AVE SE STOP 7710
WASHINGTON DC 20593-7710
Fax: 202-372-8413
USCG FOIA | USCG FOIA Library | USCG FOIA Logs



**From:** Pais, Sheri (Perkins Coie) <SPais@perkinscoie.com>
**Sent:** Thursday, June 20, 2024 11:09 AM
**To:** HQS-SMB-FOIA <EFOIA@uscg.mil>
**Subject:** [Non-DoD Source] RE: Your Freedom of Information Act (FOIA) 2024-CGFO-01739

Good morning,

Thank you for your June 7 response.  I am still trying to get a status of this FOIA request as I would like to receive the responsive documents as quickly as possible. Since your June 7 response, I have tried several times to reach Ms. Flood by the phone number below, including several times this morning.  There is no answer, and no ability to leave a message (just a recording noting that the message box is full).  The voice message notes to stay on the line to reach operator, but then disconnects.

Can you please provide an email address that I can use to reach Ms. Flood directly, and can I please again request that she provide a status of this FOIA request.

Much appreciated.

Sheri

**Sheri Pais | Perkins Coie LLP**
SENIOR PARALEGAL
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
D. +1.202.654.1735
F. +1.202.654.6211
E. SPais@perkinscoie.com



---

**From:** HQS-SMB-FOIA <EFOIA@uscg.mil>
**Sent:** Friday, June 7, 2024 2:53 PM
**To:** Pais, Sheri (WDC) <SPais@perkinscoie.com>
**Cc:** HQS-SMB-FOIA <EFOIA@uscg.mil>
**Subject:** RE: Your Freedom of Information Act (FOIA) 2024-CGFO-01739

Good afternoon,

Your request has been forwarded to the Office of Investigations (CG-INV) for processing and response to you.  For the current status of your request, please contact Ms. Thelma Flood of CG-INV at 202-372-1284.


V/r,
Toria Hodge
FOIA Analyst
Tech Op Solutions
U.S. Coast Guard (CG-6P)
Office of Privacy Management
2703 MARTIN LUTHER KING JR AVE SE STOP 7710
WASHINGTON DC 20593-7710
Fax: 202-372-8413
USCG FOIA | USCG FOIA Library | USCG FOIA Logs


---

**From:** Pais, Sheri (Perkins Coie) <SPais@perkinscoie.com>
**Sent:** Thursday, June 6, 2024 4:12 PM
**To:** HQS-SMB-FOIA <EFOIA@uscg.mil>
**Subject:** [Non-DoD Source] FW: Your Freedom of Information Act (FOIA) 2024-CGFO-01739

Good afternoon,

Can you please provide me with an update on the above-referenced FOIA request submitted on April 30?

Best,

Sheri

**Sheri Pais** | **Perkins Coie LLP**
SENIOR PARALEGAL
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
D. +1.202.654.1735
F. +1.202.654.6211
E. SPais@perkinscoie.com



**From:** EFOIA@uscg.mil <noreply@securerelease.us>
**Sent:** Wednesday, May 1, 2024 3:26 PM
**To:** Pais, Sheri (WDC) <SPais@perkinscoie.com>
**Subject:** Your Freedom of Information Act (FOIA) 2024-CGFO-01739

Ms. Pais,

This acknowledges receipt of your 4/30/2024, Freedom of Information Act (FOIA) request to the U.S. Coast Guard (USCG) for records related to alternative compliance, exemptions and/or partial exemptions to the requirements applicable to the "person in charge".  Your request was received on 5/1/2024 and has been assigned FOIA number 2024-CGFO-01739.

We have queried the appropriate component of the USCG for responsive records.  If any responsive records are located, they will be reviewed for determination of releasability.  Please be assured that one of the processors in our office will respond to your request as expeditiously as possible.  We appreciate your patience as we proceed with your request.

You may contact this office via telephone at 202-475-3522 or via email at EFOIA@uscg.mil if you have any further questions.

Sincerely,


U.S. Coast Guard
CG-6P

Freedom of Information Act (FOIA) Office
EFOIA@uscg.mil

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

# EXHIBIT G

| | |
|---|---|
| **From:** | SMB-COMDT-CG-INV-FOIARequests |
| **To:** | Pais, Sheri (WDC) |
| **Subject:** | Re: Freedom of Information Act (FOIA) 2024-CGFO-01739 |
| **Date:** | Friday, June 21, 2024 3:32:30 PM |
| **Attachments:** | image001.png |

Afternoon Sir/Ma'am:


Due to the increasing number of FOIA requests received by this office, we are encountering some delay in processing your request. Agencies typically process requests in the order of receipt. The time it takes to respond to a request will vary depending on the complexity of the request and any backlog of requests already pending at the agency. A simple request can be processed faster by the agency than one that is complex. Simple requests are typically more targeted and seek fewer pages of records. Complex requests typically seek a high volume of material or require additional steps to process such as the need to search for records in multiple locations.

Your case has been pulled from our backlog, we will review your request and determine if there is/are any responsive records to your request.

This request falls under the purview of the Office of Commercial Vessel Compliance Boating (CG-CVC), Office of Operating & Environmental Standards (CG-OES) and a Facility within the CG's Unit; this request has been
forwarded to this office for processing and direct response to you.

We are available to assist you with any question about the status of your request.

Thanks for your patience and understanding.

INV-3

---

**From:** Pais, Sheri (Perkins Coie) <SPais@perkinscoie.com>
**Sent:** Friday, June 21, 2024 6:18 PM
**To:** SMB-COMDT-CG-INV-FOIARequests <CG-INV-FOIARequests@uscg.mil>
**Subject:** [Non-DoD Source] Freedom of Information Act (FOIA) 2024-CGFO-01739

Thelma,

Can you please provide me with an update on the above-referenced FOIA request submitted on April 30?  I had attempted to reach you by phone for a status, and Ms. Hodge provided this email address as the best way to reach you.  I would like to receive the responsive documents as quickly as possible.  Please let me know if you have any questions that could help expedite the process.

Best,

Sheri

**Sheri Pais** | **Perkins Coie LLP**
SENIOR PARALEGAL
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
D. +1.202.654.1735
F. +1.202.654.6211
E. SPais@perkinscoie.com



---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

# EXHIBIT H

| From: | MacLean, Jena (WDC) |
|---|---|
| To: | CG-INV-FOIARequests@uscg.mil |
| Cc: | Pais, Sheri (WDC) |
| Subject: | Freedom of Information Act (FOIA) 2024-CGFO-01739 |
| Date: | Tuesday, July 9, 2024 4:00:52 PM |
| Attachments: | image001.png |

Good afternoon, Thelma. I am following up on my colleague's July 1st request for an update.

We filed FOIA 2024-CGFO-01739 on April 30, 2024. On May 1, the FOIA Office informed us that they had queried the appropriate component of the USGC for responsive records and assured us that a FOIA processor would respond expeditiously.

On June 6, Sheri reached out to the FOIA Office for an update regarding our request. They told us that our request had been forwarded to the Office of Investigations (CG-INV) for processing, and that we could contact you directly to obtain an update. Sheri called you several times between June 7 and June 20 at the number the FOIA Office provided but received no response. Sheri emailed the FOIA Office for assistance, and they provided your email. On June 21, you told us that our request falls under the purview of the Office of Commercial Vessel Compliance Boating (CG-CVC), Office of Operating & Environmental Standards (CG-OES) and a Facility within the CG's Unit, which would provide us with direct responses but that we could contact you with any questions about the status of our request.

Sheri requested an update on July 1, but she has not received a response to date. I am following up on Sheri's emails. We have some questions regarding the CG's processing of our request that we'd like your assistance with:

1. When was our request forwarded to CG-INV for processing?
2. When was our request forwarded to CG-CVC, CG-OES, and a Facility within the CG's Unit?
3. What is the "other Facility within the CG's Unit"?
4. Is there an FOIA officer in the CG-CVC, CG-OES, or the other Facility we should reach out to or should will you continue to be our primary contact?
5. Will each of these units provide us a separate response?
6. What is the status of our request?

As Sheri mentioned, we would be happy to receive responsive documents on a rolling basis. If one of the units, for example, completes their review, we'd appreciate receiving those documents.

Thank you in advance for your assistance with this request.

Regards, Jena MacLean

**Jena A. MacLean | Perkins Coie LLP**
Partner
700 13th St NW
Washington, D.C. 20005
D. +1.202.434.1648
E. JMacLean@perkinscoie.com



**From:** Sheri Pais <SPais@perkinscoie.com>
**Date:** Monday, July 8, 2024 at 2:05 PM
**To:** Jena MacLean <JMacLean@perkinscoie.com>
**Subject:** FW: Freedom of Information Act (FOIA) 2024-CGFO-01739

**Sheri Pais | Perkins Coie LLP**
SENIOR PARALEGAL
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
D. +1.202.654.1735
E. SPais@perkinscoie.com

**From:** Johnson Koch, LeAnn M. (WDC) <LeAnnJohnson@perkinscoie.com>
**Sent:** Monday, July 1, 2024 9:10 AM
**To:** Pais, Sheri (WDC) <SPais@perkinscoie.com>
**Cc:** MacLean, Jena (WDC) <JMacLean@perkinscoie.com>
**Subject:** RE: Freedom of Information Act (FOIA) 2024-CGFO-01739

Thanks, Sheri!

**LeAnn Johnson Koch | Perkins Coie LLP**
Office: 202.654.6209
Mobile: 202.253.8152

**From:** Pais, Sheri (WDC) <SPais@perkinscoie.com>
**Sent:** Monday, July 1, 2024 9:09 AM
**To:** SMB-COMDT-CG-INV-FOIARequests <CG-INV-FOIARequests@uscg.mil>
**Subject:** RE: Freedom of Information Act (FOIA) 2024-CGFO-01739

Good morning Thelma,

Thank you for your response and attention to this request.  Much appreciated.

I would be very interested in receiving responsive documents on a rolling basis to the extent such a release is practical.  Is there someone at CG-CVC and/or CG-OES I should follow up with?

Best regards,

Sheri

**Sheri Pais** | **Perkins Coie LLP**
SENIOR PARALEGAL
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
D. +1.202.654.1735
E. SPais@perkinscoie.com

---

**From:** SMB-COMDT-CG-INV-FOIARequests <CG-INV-FOIARequests@uscg.mil>
**Sent:** Friday, June 21, 2024 3:32 PM
**To:** Pais, Sheri (WDC) <SPais@perkinscoie.com>
**Subject:** Re: Freedom of Information Act (FOIA) 2024-CGFO-01739

Afternoon Sir/Ma'am:


Due to the increasing number of FOIA requests received by this office, we are encountering some delay in processing your request. Agencies typically process requests in the order of receipt. The time it takes to respond to a request will vary depending on the complexity of the request and any backlog of requests already pending at the agency. A simple request can be processed faster by the agency than one that is complex. Simple requests are typically more targeted and seek fewer pages of records. Complex requests typically seek a high volume of material or require additional steps to process such as the need to search for records in multiple locations.

Your case has been pulled from our backlog, we will review your request and determine if there is/are any responsive records to your request.

This request falls under the purview of the Office of Commercial Vessel Compliance Boating (CG-CVC), Office of Operating & Environmental Standards (CG-OES) and a Facility within the CG's Unit; this request has been
forwarded to this office for processing and direct response to you.

We are available to assist you with any question about the status of your request.

Thanks for your patience and understanding.

INV-3

---

**From:** Pais, Sheri (Perkins Coie) <SPais@perkinscoie.com>
**Sent:** Friday, June 21, 2024 6:18 PM

**To:** SMB-COMDT-CG-INV-FOIARequests <CG-INV-FOIARequests@uscg.mil>
**Subject:** [Non-DoD Source] Freedom of Information Act (FOIA) 2024-CGFO-01739

Thelma,

Can you please provide me with an update on the above-referenced FOIA request submitted on April 30? I had attempted to reach you by phone for a status, and Ms. Hodge provided this email address as the best way to reach you. I would like to receive the responsive documents as quickly as possible. Please let me know if you have any questions that could help expedite the process.

Best,

Sheri

**Sheri Pais** | **Perkins Coie LLP**
SENIOR PARALEGAL
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
D. +1.202.654.1735
F. +1.202.654.6211
E. SPais@perkinscoie.com



NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

# EXHIBIT I

| | |
|---|---|
| **From:** | Pais, Sheri (WDC) |
| **To:** | EFOIA@uscg.mil; SMB-COMDT-CG-INV-FOIARequests |
| **Cc:** | MacLean, Jena (WDC) |
| **Subject:** | FW: Freedom of Information Act (FOIA) 2024-CGFO-01739 |
| **Date:** | Friday, July 19, 2024 1:28:00 PM |
| **Attachments:** | image001.png |

Good afternoon,

We have tried repeatedly to reach the FOIA Office to discuss the status on our April 30 FOIA request, 2024-CGFO-01739. I have received no response to the Email below and have tried calling several phone numbers -- there is no answer and no ability to leave a message (recording says message box is full).

Please provide a response to questions below and let me know if there is a phone number I can use to reach the FOIA Office and discuss the status of the production and ability to receive responsive documents on a rolling basis.

Best,

Sheri

**Sheri Pais** | **Perkins Coie LLP**
SENIOR PARALEGAL
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
D. +1.202.654.1735
E. SPais@perkinscoie.com

**From:** MacLean, Jena (WDC) <JMacLean@perkinscoie.com>
**Sent:** Tuesday, July 9, 2024 4:01 PM
**To:** CG-INV-FOIARequests@uscg.mil
**Cc:** Pais, Sheri (WDC) <SPais@perkinscoie.com>
**Subject:** Freedom of Information Act (FOIA) 2024-CGFO-01739

Good afternoon, Thelma. I am following up on my colleague's July 1st request for an update.

We filed FOIA 2024-CGFO-01739 on April 30, 2024. On May 1, the FOIA Office informed us that they had queried the appropriate component of the USGC for responsive records and assured us that a FOIA processor would respond expeditiously.

On June 6, Sheri reached out to the FOIA Office for an update regarding our request. They told us that our request had been forwarded to the Office of Investigations (CG-INV) for processing, and that we could contact you directly to obtain an update. Sheri called you several times between June 7 and June 20 at the number the FOIA Office provided but received no response. Sheri emailed the FOIA Office for assistance, and they provided your email. On June 21, you told us that our request falls under the purview of the Office of Commercial Vessel Compliance Boating (CG-CVC), Office of Operating & Environmental Standards (CG-OES) and a Facility within the CG's Unit, which would provide us with direct responses but that we could contact you with any questions about the status of our request.

Sheri requested an update on July 1, but she has not received a response to date. I am following up on Sheri's emails. We have some questions regarding the CG's processing of our request that we'd like your assistance with:

1. When was our request forwarded to CG-INV for processing?
2. When was our request forwarded to CG-CVC, CG-OES, and a Facility within the CG's Unit?
3. What is the "other Facility within the CG's Unit"?
4. Is there an FOIA officer in the CG-CVC, CG-OES, or the other Facility we should reach out to or should will you continue to be our primary contact?
5. Will each of these units provide us a separate response?
6. What is the status of our request?

As Sheri mentioned, we would be happy to receive responsive documents on a rolling basis. If one of the units, for example, completes their review, we'd appreciate receiving those documents.

Thank you in advance for your assistance with this request.

Regards, Jena MacLean

**Jena A. MacLean** | **Perkins Coie LLP**
Partner
700 13th St NW
Washington, D.C. 20005
D. +1.202.434.1648
E. JMacLean@perkinscoie.com

---

**From:** Pais, Sheri (WDC) <SPais@perkinscoie.com>
**Sent:** Monday, July 1, 2024 9:09 AM
**To:** SMB-COMDT-CG-INV-FOIARequests <CG-INV-FOIARequests@uscg.mil>
**Subject:** RE: Freedom of Information Act (FOIA) 2024-CGFO-01739

Good morning Thelma,

Thank you for your response and attention to this request. Much appreciated.

I would be very interested in receiving responsive documents on a rolling basis to the extent such a release is practical. Is there someone at CG-CVC and/or CG-OES I should follow up with?

Best regards,

Sheri

**Sheri Pais** | **Perkins Coie LLP**
SENIOR PARALEGAL
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
D. +1.202.654.1735

E. SPais@perkinscoie.com

---

**From:** SMB-COMDT-CG-INV-FOIARequests <CG-INV-FOIARequests@uscg.mil>
**Sent:** Friday, June 21, 2024 3:32 PM
**To:** Pais, Sheri (WDC) <SPais@perkinscoie.com>
**Subject:** Re: Freedom of Information Act (FOIA) 2024-CGFO-01739

Afternoon Sir/Ma'am:

Due to the increasing number of FOIA requests received by this office, we are encountering some delay in processing your request. Agencies typically process requests in the order of receipt. The time it takes to respond to a request will vary depending on the complexity of the request and any backlog of requests already pending at the agency. A simple request can be processed faster by the agency than one that is complex. Simple requests are typically more targeted and seek fewer pages of records. Complex requests typically seek a high volume of material or require additional steps to process such as the need to search for records in multiple locations.

Your case has been pulled from our backlog, we will review your request and determine if there is/are any responsive records to your request.

This request falls under the purview of the Office of Commercial Vessel Compliance Boating (CG-CVC), Office of Operating & Environmental Standards (CG-OES) and a Facility within the CG's Unit; this request has been
forwarded to this office for processing and direct response to you.

We are available to assist you with any question about the status of your request.

Thanks for your patience and understanding.

INV-3

---

**From:** Pais, Sheri (Perkins Coie) <SPais@perkinscoie.com>
**Sent:** Friday, June 21, 2024 6:18 PM
**To:** SMB-COMDT-CG-INV-FOIARequests <CG-INV-FOIARequests@uscg.mil>
**Subject:** [Non-DoD Source] Freedom of Information Act (FOIA) 2024-CGFO-01739

Thelma,

Can you please provide me with an update on the above-referenced FOIA request submitted on April 30? I had attempted to reach you by phone for a status, and Ms. Hodge provided this email address

as the best way to reach you.  I would like to receive the responsive documents as quickly as possible.  Please let me know if you have any questions that could help expedite the process.

Best,

Sheri


**Sheri Pais** | **Perkins Coie LLP**
SENIOR PARALEGAL
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
D. +1.202.654.1735
F. +1.202.654.6211
E.  SPais@perkinscoie.com



NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.