UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COLE LLP,<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES COAST GUARD,<br><br>      Defendant. | Civil Action No. 24-2710 (JMC) |

**ANSWER**

Defendant, the United States Coast Guard, by and through the undersigned counsel, respectfully submits the following Answer to Plaintiff's Complaint filed on September 23, 2024, in this Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, action. *See* ECF No. 1.

Defendant responds to the separately numbered paragraphs (as numbered by Plaintiff) and Plaintiff's prayer for relief contained in the Complaint below. To the extent that any allegation is not admitted herein, it is denied. Moreover, to the extent that the Complaint refers to or quotes from external documents, statutes, or other sources, Defendant may refer to such materials for their accurate and complete contents; however, such references are not intended to be, and should not be construed to be, an admission that the cited materials: (a) are correctly cited or quoted by Plaintiff; (b) are relevant to this, or any other, action; or (c) are admissible in this, or any other, action. Defendant responds to the Complaint in like numbered paragraphs as follows:

    1.    Paragraph 1 consists of Plaintiff's characterization of this action, to which no response is required. To the extent a response is deemed required, Defendant admits that Plaintiff purports to bring this action pursuant to the FOIA.

**JURISDICTION AND VENUE**[1]

2. Paragraph 2 consists of Plaintiff's conclusion of law to which no response is required. To the extent a response is deemed required, Defendant admits that the Court has jurisdiction over this matter subject to the terms and limitations of the FOIA.

3. Paragraph 3 consists of Plaintiff's conclusions of law to which no response is required. To the extent a response is deemed required, Defendant admits that venue is proper in this District.

**PARTIES**

4. Defendant admits that Plaintiff drafted the FOIA request at issue. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations in this paragraph.

5. Defendant admits that it is a branch of the United States Armed Forces within the United States Department of Homeland Security and that it is responsible for the duties that Plaintiff has listed in Paragraph 5.

6. Defendant admits that its Operational Mission Programs involves the duties that Plaintiff has listed in Paragraph 6.

**FACTS GIVING RISE TO PLAINTIFF'S CLAIM**

**A.     The USCG's FOIA Obligations**

7. This paragraph consists of Plaintiff's conclusions of law and quotation from a case, to which no response is required. To the extent a response is deemed required, Defendant avers

---

[1] Merely for ease of reference, Defendant replicates the headings contained in the Complaint. Although Defendant believes that no response is required to such headings (Fed. R. Civ. P. 10(b)), to the extent a response is deemed required and to the extent those headings could be construed to contain factual allegations, those allegations are denied.

that the case is the best evidence of its contents and respectfully refers this Court to that case for a complete and accurate statement of its contents. Defendant denies all allegations in this paragraph to the extent they are inconsistent therewith.

8. This paragraph consists of Plaintiff's conclusions of law and quotations from a statute, to which no response is required. To the extent a response is deemed required, Defendant avers that the statute is the best evidence of its contents and respectfully refers this Court to that statute for a complete and accurate statement of its contents. Defendant denies all allegations in this paragraph to the extent they are inconsistent therewith.

9. This paragraph consists of Plaintiff's conclusions of law and quotation from regulations, to which no response is required. To the extent a response is deemed required, Defendant avers that the regulations are the best evidence of their contents and respectfully refers this Court to those regulations for a complete and accurate statement of their contents. Defendant denies all allegations in this paragraph to the extent they are inconsistent therewith.

**B.    Perkins Coie's FOIA Request and the USCB's Failure to Respond**

10. Defendant admits that Plaintiff submitted a FOIA request to Defendant, dated April 30, 2024. The remainder of the first sentence consists of Plaintiff's conclusions of law, to which no response is required. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations in this paragraph.

11. This paragraph consists of Plaintiff's characterization of its FOIA request, to which no response is required. To the extent a response is deemed required, Defendant avers that Plaintiff's FOIA request is the best evidence of its contents and respectfully refers this Court to that request for a complete and accurate statement of its contents. Defendant denies all allegations in this paragraph to the extent they are inconsistent therewith.

12–22. These paragraphs consist of Plaintiff's characterization of emails, to which no response is required. To the extent a response is deemed required, Defendant avers that those emails are the best evidence of its contents and respectfully refers this Court to those emails for a complete and accurate statement of their contents. Defendant denies all allegations in these paragraphs to the extent they are inconsistent therewith. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations about telephone calls.

23. This paragraph consists of Plaintiff's characterization of a website, to which no response is required. To the extent a response is deemed required, Defendant avers that the website is the best evidence of its contents and respectfully refers this Court to that website for a complete and accurate statement of its contents. Defendant denies all allegations in this paragraph to the extent they are inconsistent therewith.

24. The allegations in this paragraph constitute a legal conclusion to which no response is required. To the extent a response is deemed required, Defendant denies that is in violation of FOIA.

25. The allegations in this paragraph constitute a legal conclusion to which no response is required. To the extent a response is deemed required, Defendant denies that there are no administrative remedies.

26. The allegations in this paragraph constitute a legal conclusion to which no response is required. To the extent a response is deemed required, Defendant denies that is in violation of FOIA.

## CLAIM FOR RELIEF

27. Defendant incorporates by reference its responses to all preceding paragraphs as if set forth fully herein.

28. Paragraph 28 consist of legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies that it is in violation of the FOIA.

29. Paragraphs 29 consist of legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies that it is in violation of the FOIA.

The remainder of the Complaint consists of requests for relief, to which no response is required. To the extent a response is deemed required, Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## DEFENSES

In further response to the Complaint, Defendant raises the following defenses. Defendant respectfully reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendant throughout the course of this litigation.

### First Defense

The Court lacks subject matter jurisdiction over Plaintiff's requests for relief that exceed the relief authorized under the FOIA, 5 U.S.C. § 552.

### Second Defense

Plaintiff is not entitled to compel the release of records exempt from disclosure under the FOIA. *See* 5 U.S.C. § 552(b).

### Third Defense

Plaintiff is neither eligible for nor entitled to attorney's fees or costs.

### Fourth Defense

At all times alleged in the Complaint, Defendant acted in good faith, with justification, and pursuant to authority.

**Fifth Defense**

Defendant is not in violation of the FOIA.

Dated: December 16, 2024
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:       /s/ Brian J. Levy
BRIAN J. LEVY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6734

*Attorneys for the United States of America*