UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>          Plaintiff,<br><br>   v.<br><br>U.S. COAST GUARD,<br><br>          Defendant. | Civil Action No. 24-2710 (JMC) |

**JOINT STATUS REPORT**

    Plaintiff Perkins Coie LLP and Defendant the U.S. Coast Guard, by and through undersigned counsel, hereby respectfully submit this Joint Status Report in response to the Court's December 26, 2024, Minute Order. This case involves Plaintiff's Freedom of Information Act request for records about certain requests made to Defendant on April 30, 2024.

    Due to a backlog, Defendant has not yet conducted an initial search for potentially responsive records

\* \* \*

The parties propose they file a further joint status report on February 10, 2025. Plaintiff requests that Defendant include a date by which it will complete production. A proposed order is attached.

Dated: January 10, 2025				Respectfully submitted,

						MATTHEW M. GRAVES, D.C. Bar #481051
						United States Attorney

						BRIAN P. HUDAK
						Chief, Civil Division

				By:	/s/ Brian J. Levy
						BRIAN J. LEVY
						Assistant United States Attorney
						601 D Street, N.W.
						Washington, DC 20530
						(202) 252-6734
						Brian.Levy2@usdoj.gov

						*Attorneys for the United States*

				By:	/s/ Jennifer A. MacLean
						Jennifer A. MacLean
						PERKINS COIE LLP
						700 13th Street, NW Suite 600
						Washington, DC 20005
						(202) 434-1648
						Email:Jmaclean@perkinscoie.Com

						*Counsel for Plaintiff*