UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>   Plaintiff,<br><br> v.<br><br>U.S. COAST GUARD,<br><br>   Defendant. | Civil Action No. 24-2710 (JMC) |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report, it is, this ____ day of

_____, 2025,

ORDERED that the parties shall submit a joint status report by February 10, 2025.

_____
UNITED STATES DISTRICT JUDGE