UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP, <br><br> Plaintiff, <br><br> v. <br><br> U.S. COAST GUARD, <br><br> Defendant. | Civil Action No. 24-2710 (JMC) |

**JOINT STATUS REPORT**

Pursuant to the Court's February 12, 2025, Scheduling Order (ECF No. 14), Plaintiff Perkins Coie LLP and Defendant the U.S. Coast Guard, by and through undersigned counsel, hereby respectfully submit this Joint Status Report. This case involves Plaintiff's Freedom of Information Act request for records about certain requests made to Defendant on April 30, 2024.

On February 21, 2025, Plaintiff agreed to narrow the request. Defendant has begun its search for potentially responsive records, consistent with the narrowing and clarification. Two of the subunits within the headquarters division and District Eleven have completed their searches.

\*   \*   \*

Pursuant to the Court's February 12, 2025, Scheduling Order, the parties will file their next joint status report on or before April 9, 2025.

Dated: March 10, 2025                    Respectfully submitted,

                                                EDWARD R. MARTIN, JR., D.C. Bar #481866
                                                United States Attorney

By:    */s/ Brian J. Levy*
        BRIAN J. LEVY
        Assistant United States Attorney
        601 D Street, N.W.
        Washington, DC 20530
        (202) 252-6734
        Brian.Levy2@usdoj.gov

*Attorneys for the United States*

By:    /s/ Jennifer A. MacLean
        Jennifer A. MacLean
        PERKINS COIE LLP
        700 13th Street, NW Suite 600
        Washington, DC 20005
        (202) 434-1648
        Email:Jmaclean@perkinscoie.Com

*Counsel for Plaintiff*